AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andra Jamison ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.  9:22-cv-00300-HMH |
| Warden Peeples ) | |
| *Respondent* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Andra Jamison, shall take nothing of Respondent, Warden, Peeples , as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   November 17, 2022                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/ A. Snipes

                                                                        *Signature of Clerk or Deputy Clerk*